UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO. 8:13-cr-48-T-30TBM

AIGOUL IPLAEVA GOLD

**FORFEITURE MONEY JUDGMENT
AND PRELIMINARY ORDER OF FORFEITURE**

The United States moves, under 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment (Doc. 264) against defendant Aigoul Iplaeva Gold in the amount of $713,570.50, representing the proceeds of unlawful activity involved in the money laundering conspiracy as charged in count nineteen of the Indictment, and a preliminary order of forfeiture for the following asset:

> Funds in the amount of $61,232.31, which were seized from Wells Fargo Bank checking account number 2000060506034.

The defendant pleaded guilty to the money laundering conspiracy charged in count nineteen of the indictment, in violation of 18 U.S.C. §§ 1956(h), 1957, 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(a)(1)(B)(ii). Being fully advised in the relevant facts, the Court finds that the defendant conspired to launder the proceeds of the drug trafficking conspiracy in the amount of $713,570.50 through the Regions Bank 1910 Medical account number 0118353045 controlled by the defendant and her co-conspirator husband, Warren Gold, as charged in Count Nineteen. The Court further finds that the

$61,232.31 is property involved in the money laundering conspiracy as charged in count nineteen.

Accordingly, the motion (Doc. 264) of the United States is GRANTED.  It is **ORDERED** that a forfeiture money judgment is hereby GRANTED against the defendant, who shall be jointly and severally liable with co-defendant Warren Gold in the amount of $713,570.50, pursuant to 18 U.S.C. § 982(a)(1), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

The $61,232.31 is FORFEITED to the United States of America for disposition according to law pursuant to 18 U.S.C. § 982(a)(1), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure

The Court retains jurisdiction to effect the forfeiture and disposition of the $61,232.31 and any other property belonging to the defendant that the United States may seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), for the defendant's $713,570.50 money judgment.

DONE AND ORDERED in Tampa, Florida, on April 13, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

F:\Docs\2013\13-cr-48 forfeit Gold 264.docx